## Mahlon D. Miller, Trading as Merchants Currency Exchange, Appellee, v. American Export Lines, Inc., et al., Defendants. American Export Lines, Inc., and United States Fidelity and Guaranty Company, Appellants.

**Gen. No. 41,163.**

opinion filed November 4, 1940; rehearing denied November 18, 1940. Eugene P. Kealy, for appellants American Export Lines, Inc., and United States Fidelity and Guaranty Company; Weissenbach, Hartman, Craig & Okin, for appellee; Harry Okin and Cecil Magid, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."